IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

BRYAN D. BRANT,                      )
                                     )
                    Plaintiff,       )    **ACTION**
                                     )
v.                                   )    No.  06-1160 MLB
                                     )
JO ANNE B. BARNHART,                 )
COMMISSIONER OF                      )
SOCIAL SECURITY,                     )
                                     )
                    Defendant.       )
_____)


<u>**ORDER**</u>

    Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed.R.Civ.P. Rule 72(b), the court accepts the recommended decision and adopts it as its own.

    IT IS SO ORDERED.

    Dated this 30th day of January, 2007 at Wichita, Kansas.


                                        s/ Monti Belot

                              _____
                              Monti L. Belot
                              UNITED STATES DISTRICT JUDGE